IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL FERNANDES
         Plaintiff,

vs.

MICHAEL SENA, Former Correctional Officer
BROCK MORRIS, Former Correctional Officer
EDWARD BOULEY, Former Lieutenant
JOHN MURPHY, Former Captain
STEVEN J. SOUZA, Superintendent, Bristol County
Sheriff's Department
THOMAS M. HODGSON, Sheriff, Bristol County
BRISTOL COUNTY SHERIFF'S OFFICE
         Defendants.

Civil Action No. 1:20-cv-11612

**PLAINTIFF DANIEL FERNANDES'S THIRD MOTION TO COMPEL DISCOVERY**

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Daniel Fernandes ("Mr. Fernandes") hereby moves to compel Defendant Steven J. Souza ("Superintendent Souza") and Defendant Thomas M. Hodgson ("Sheriff Hodgson" and collectively, "Defendants") to produce various documents that Mr. Fernandes requested Defendants produce in Plaintiff's Second Request for Production of Documents pursuant to Fed. R. Civ. P. 34. In support of his Motion, Mr. Fernandes relies upon the accompanying memorandum of law and the Declaration of Joanna L. McDonough in Support of Plaintiff Daniel Fernandes's Third Motion to Compel, which are both filed herewith. Mr. Fernandes respectfully requests the following relief:

1. The Court compel Defendants to produce the following documents:

    a. All documents and communications related to the grievance filed by Brock Morris after he was issued a Notice of Termination on April 3, 2018, including

1

but not limited to all communications with the Union and all documents related to the subsequent arbitration.

b. All documents and communications related to the grievance filed by Michael Sena after he was issued a Notice of Termination on March 20, 2018, including but not limited to all communications with the Union and all documents related to the subsequent arbitration.

c. All documents and communications related to Michael Johnson's June 2, 2010 allegations of staff misconduct.

d. All documents and communications related to Keith Beaulieu's November 15, 2010 allegations of staff misconduct.

e. All documents and communications related to Donnell Blocker's November 15, 2010 allegations of staff misconduct.

f. All documents and communications related to Daniel Soper's December 9, 2010 allegations of staff misconduct.

g. All documents and communications related to Wesley Nelson's March 14, 2012 allegations of staff misconduct.

h. All documents and communications related to Brian Walsh's April 3, 2012 allegations of staff misconduct.

i. All documents and communications related to Kyungsu Park's March 26, 2012 allegations of staff misconduct.

j. All documents and communications related to BCSO Lieutenant Stephanie Helme's August 28, 2012 allegations of staff misconduct against Jacquelyn Silveira.

k. All documents and communications related to Kevin Gray's September 18, 2012 allegations of excessive force against BCSO Officers Jonathan Allard and Marc Viveiros.

l. All documents and communications related to Justin Hamel's November 27, 2012 allegations of staff misconduct against BCSO Officers Scott Lopes and Brendan Manning.

m. All documents and communications related to Sheila Lynch's December 2, 2013 allegations of staff misconduct against BCSO Lt. Timothy Kelly.

n. All documents and communications related to Wayne A. Chung's December 19, 2013 allegations of staff misconduct against BCSO Officer Sylvester Santos.

o. All documents and communications related to Roberto Soler's May 15, 2019 allegations of staff misconduct against BCSO Officer Derek Fague.

p. Redacted copies of the personnel files of all BCSO employees who the SIU determined used excessive force against a detainee or detainees during the Relevant Time Period, redacting from those personnel files all Social Security Numbers and financial account numbers.[1]

q. Redacted copies of the personnel files of the following BCSO employees, redacting from those personnel files all Social Security Numbers and financial account numbers:

---

[1] On August 12, 2022, Defendants produced copies of personnel files for Defendants Edward Bouley, Brock Morris, John Murphy, Michael Sena, Sheriff Hodgson, and Superintendent Souza. Those personnel files contain certain sensitive personal-identifying information, including Social Security Numbers and financial account numbers. On August 22, 2022, Mr. Fernandes requested that Defendants rescind their production of those personnel files and reproduce redacted copies to protect against disclosure of sensitive personal-identifying information. Mr. Fernandes's counsel has since followed-up with Defendants in regards to this issue on August 29, 2022, September 6, 2022, October 13, 2022, October 25, 2022, November 2, 2022, November 7, 2022, November 9, 2022, November 10, 2022, and November 17, 2022. Defendants have still not produced redacted copies of the individual defendants' personnel files.

3

      i. BCSO Officer Silva, who was alleged to have assaulted Keith Beaulieu

      ii. BCSO Lt. Jarrod Gosselin

      iii. BCSO Officer Douglas Macedo

      iv. BCSO Officer Brian Walsh

      v. BCSO Officer Jacquelyn Silveira

      vi. BCSO Officer Jonathan Allard (and Sgt, Jonathan Allard, if different)

      vii. BCSO employee Marco Viveiros

      viii. BCSO Officer Scott Lopes

      ix. BCSO Officer Brendan Manning

      x. BCSO Lt. Timothy Kelly

      xi. BCSO Officer Sylvester Santos

      xii. BCSO Officer Eric Roque

      xiii. BCSO Officer Matthew Boyer

      xiv. Former BCSO Officer Derek Fague

      xv. BCSO Officer Michael Kochanek

      xvi. BCSO Officer Keith Rapoza

      xvii. BCSO Officer Timothy Melo.

      xviii. BCSO Lieutenant Barry Ferreira.

2. Order an award of costs and reasonable attorney's fees for filing this motion under Fed. R. Civ. P. 37(a)(5)(A).

3. An adverse inference prohibiting Defendants from arguing that they are protected by the doctrine of qualified immunity for their conduct that gave rise to this proceeding due to their continued bad faith conduct throughout the course of discovery.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Mr. Fernandes respectfully requests a hearing on this matter on the grounds that oral argument will assist the Court in resolution of the issues presented herein.

    Respectfully submitted,

    Plaintiff Daniel Fernandes
    By his attorneys,


    */s/ Joanna L. McDonough*
    Caroline S. Donovan, BBO #683274
    Joanna L. McDonough, BBO #699056
    Ethan Severance, BBO #703052
    Christian A. Garcia, BBO #703433
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210
    Tel: 617-832-1000
    Fax: 617-832-7000
    cdonovan@foleyhoag.com
    jmcdonough@foleyhoag.com
    eseverance@foleyhoag.com
    cgarcia@foleyhoag.com

Dated: November 22, 2022

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was served by electronic means through the CM/ECF filing system, concurrent with the filing of this document on the 22nd day of November 2022 to:

Bruce A. Assad
16 Bedford Street
Suite 3A
Fall River, MA 02720
(508) 673-2004
Fax: (508) 674-5622
BAALawFirm@aol.com

Robert M. Novack
Law Office of Robert M. Novack
16 Bedford Street
Fall River, MA 02720
(508) 673-2004
Fax: (508) 677-1803

                 */s/ Joanna L. McDonough*
                 Joanna L. McDonough

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1(b)**

In accordance with Local Rule 37.1(b), I, Joanna L. McDonough, counsel for Plaintiff Daniel Fernandes, hereby certify that, on November 17, 2022, I requested Defendants provide their availability for a meet-and-confer at any time on November 17-18, 2022. Defendants did not respond. As explained in more detail in the accompanying memorandum, counsel for Plaintiff Daniel Fernandes has repeatedly inquired as to the status of Defendants' response and document production to Plaintiff's Second Request for Production of Documents pursuant to Fed. R. Civ. P. 34, among other outstanding discovery items. Defendants have similarly not responded to these repeated requests.

Signed this 22nd day of November 2022.

*/s/ Joanna L. McDonough*

Joanna L. McDonough