IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL FERNANDES
                        Plaintiff,

vs.

MICHAEL SENA, Former Correctional Officer
BROCK MORRIS, Former Correctional Officer
EDWARD BOULEY, Former Lieutenant
JOHN MURPHY, Former Captain
STEVEN J. SOUZA, Superintendent, Bristol County
Sheriff's Department
THOMAS M. HODGSON, Sheriff, Bristol County
BRISTOL COUNTY SHERIFF'S OFFICE
                        Defendants.

Civil Action No. 1:20-cv-11612

## DECLARATION OF JOANNA L. MCDONOUGH IN SUPPORT OF PLAINTIFF DANIEL FERNANDES'S THIRD MOTION TO COMPEL

I, Joanna L. McDonough, hereby declare as follows:

1.     I am an attorney in good standing in the Commonwealth of Massachusetts and am an associate at the law firm of Foley Hoag LLP.

2.     I represent Plaintiff Daniel Fernandes ("Mr. Fernandes") in the above-captioned matter in the United States District Court for the District of Massachusetts.

3.     I respectfully submit this declaration in support of Mr. Fernandes's Third Motion to Compel Discovery from Defendants Steven J. Souza ("Superintendent Souza") and Thomas M. Hodgson ("Sheriff Hodgson" and collectively, "Defendants").

4.     I make this declaration based upon my personal knowledge.

5.     On October 5, 2022, I served Plaintiff's Second Sets of Requests for Production ("Requests") on counsel for Defendants. Identical requests were sent individually to both

Superintendent Souza and Sheriff Hodgson. The October 5, 2022 communication attaching the Requests are appended hereto as Exhibit A.

6. The Requests call for the production of certain personnel files of BCSO correctional officers who were the subject of internal investigations regarding their alleged misconduct. Plaintiff also requested documents related to the underlying allegations of misconduct and the investigations thereof. Finally, Plaintiff requested all documents and communications related to the grievances filed by Defendants Sena and Morris following their termination from BCSO, including all communications with the union that ultimately led to their reinstatement. These Requests were promptly issued after reviewing documents produced pursuant to Plaintiff's First Sets of Requests and were served well within the fact discovery period, which ends on December 22, 2022.

7. Under the Federal Rules of Civil Procedure, Defendants' deadline to respond was November 4, 2022. Counsel for Defendants neither responded on November 4, 2022, nor did they provide any explanation for their failure to meet the November 4, 2022 deadline.

8. On November 8, 2022, I emailed Defendants' counsel inquiring when Plaintiff should expect Defendants' response to the Requests, which were overdue. The November 8, 2022, email is appended hereto as Exhibit B.

9. Defendants did not respond to the November 8, 2022 email.

10. On November 15, 2022, I again emailed Defendants' counsel asking them to provide a date by which we could expect a response to Plaintiff's Requests. In that communication, I stated that if Defendants did not let us know when we could expect a response, we would be forced to ask the court to intervene and compel production of the requested documents. The November 15, 2022 email is appended hereto as Exhibit C.

11. Defendants did not respond to the November 15, 2022 email.

12. On November 17, 2022, I emailed Defendants at 8:55am requesting their availability for a meet-and-confer that day or the following day in a final attempt to avoid the court's intervention. The November 17, 2022 email is apprehended hereto as Exhibit D.

13. Defendants did not respond to the November 17, 2022 email.

14. As of the filing of this motion on November 22, 2022, Defendants have not responded to or acknowledged any of Plaintiff's communications regarding the Requests.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of November 2022.

*/s/ Joanna L. McDonough*
Joanna L. McDonough

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was served by electronic means through the CM/ECF filing system, concurrent with the filing of this document on the 22nd day of November 2022 to:

Bruce A. Assad
16 Bedford Street
Suite 3A
Fall River, MA 02720
(508) 673-2004
Fax: (508) 674-5622
BAALawFirm@aol.com

Robert M. Novack
Law Office of Robert M. Novack
16 Bedford Street
Fall River, MA 02720
(508) 673-2004
Fax: (508) 677-1803
robert.novack@comcast.net

                */s/ Joanna L. McDonough*
                Joanna L. McDonough