## Severance, Ethan

| | |
|---|---|
| **From:** | McDonough, Joanna |
| **Sent:** | Tuesday, November 8, 2022 2:40 PM |
| **To:** | 'Bruce Assad'; 'Robert Novack'; 'Rachel McCarthy' |
| **Cc:** | Garcia, Christian; Severance, Ethan; Donovan, Caroline |
| **Subject:** | RE: Fernandes - Second Set RFPs to Souza and Hodgson |

Counsel,

Please let us know when we can expect your response to Plaintiff's Second Sets of RFPs, which are now overdue.

Joanna

---

**From:** McDonough, Joanna <jmcdonough@foleyhoag.com>
**Sent:** Wednesday, October 5, 2022 1:21 PM
**To:** 'Bruce Assad' <BruceAssad@bcso-ma.org>; 'Robert Novack' <robertnovack@bcso-ma.org>; 'Rachel McCarthy' <RachelMcCarthy@bcso-ma.org>
**Cc:** Garcia, Christian <cgarcia@foleyhoag.com>; Severance, Ethan <eseverance@foleyhoag.com>; Donovan, Caroline <cdonovan@foleyhoag.com>
**Subject:** Fernandes - Second Set RFPs to Souza and Hodgson

Counsel:

Attached for service please find Plaintiff's Second Sets of RFPs to Defendants Souza and Hodgson. As a courtesy, these will also be sent in hard copy via First Class Mail.

Regards,
Joanna

**Joanna McDonough**  |  Associate

## FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

jmcdonough@foleyhoag.com e-mail
617.832.3050 phone
617.832.7000 fax

www.foleyhoag.com