## Severance, Ethan

| | |
|---|---|
| **From:** | McDonough, Joanna |
| **Sent:** | Thursday, November 17, 2022 8:55 AM |
| **To:** | 'Bruce Assad'; 'Robert Novack'; 'Rachel McCarthy' |
| **Cc:** | Garcia, Christian; Severance, Ethan; Donovan, Caroline |
| **Subject:** | RE: Fernandes - Second Set RFPs to Souza and Hodgson |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

Please let us know your availability to meet and confer today or tomorrow regarding Plaintiff's forthcoming motion to compel the production of documents responsive to Plaintiff's Second Sets of RFPs to Hodgson and Souza.

Regards,
Joanna

---

**From:** McDonough, Joanna
**Sent:** Tuesday, November 15, 2022 3:31 PM
**To:** 'Bruce Assad' <BruceAssad@bcso-ma.org>; 'Robert Novack' <robertnovack@bcso-ma.org>; 'Rachel McCarthy' <RachelMcCarthy@bcso-ma.org>
**Cc:** Garcia, Christian <cgarcia@foleyhoag.com>; Severance, Ethan <eseverance@foleyhoag.com>; Donovan, Caroline <cdonovan@foleyhoag.com>
**Subject:** RE: Fernandes - Second Set RFPs to Souza and Hodgson

Counsel,

It has been a week since my last email regarding your overdue responses to Plaintiff's second sets of RFPs. Please let me know **today** when we can expect a response. Otherwise, we will be forced, yet again, to ask the court to intervene and compel production of the requested documents.

Thank you,
Joanna

---

**From:** McDonough, Joanna
**Sent:** Tuesday, November 8, 2022 2:40 PM
**To:** 'Bruce Assad' <BruceAssad@bcso-ma.org>; 'Robert Novack' <robertnovack@bcso-ma.org>; 'Rachel McCarthy' <RachelMcCarthy@bcso-ma.org>
**Cc:** Garcia, Christian <cgarcia@foleyhoag.com>; Severance, Ethan <eseverance@foleyhoag.com>; Donovan, Caroline <cdonovan@foleyhoag.com>
**Subject:** RE: Fernandes - Second Set RFPs to Souza and Hodgson

Counsel,

Please let us know when we can expect your response to Plaintiff's Second Sets of RFPs, which are now overdue.

Joanna

**From:** McDonough, Joanna <jmcdonough@foleyhoag.com>
**Sent:** Wednesday, October 5, 2022 1:21 PM
**To:** 'Bruce Assad' <BruceAssad@bcso-ma.org>; 'Robert Novack' <robertnovack@bcso-ma.org>; 'Rachel McCarthy' <RachelMcCarthy@bcso-ma.org>
**Cc:** Garcia, Christian <cgarcia@foleyhoag.com>; Severance, Ethan <eseverance@foleyhoag.com>; Donovan, Caroline <cdonovan@foleyhoag.com>
**Subject:** Fernandes - Second Set RFPs to Souza and Hodgson

Counsel:

Attached for service please find Plaintiff's Second Sets of RFPs to Defendants Souza and Hodgson. As a courtesy, these will also be sent in hard copy via First Class Mail.

Regards,
Joanna


**Joanna McDonough   |   Associate**

# FOLEY
# HOAG LLP

Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

jmcdonough@foleyhoag.com e-mail
617.832.3050 phone
617.832.7000 fax

www.foleyhoag.com

2